**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL B. MCPHERSON,

        Plaintiff,

    v.

KIRK E. SHERRIFF,

        Defendant.

No.  1:26-cv-04158 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION AS FRIVOLOUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE

(Doc. 6)

Michael B. McPherson brings this civil action asserting a failure to act by District Judge Kirk E. Sherriff.  (Doc. 1.)  The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A and found the "complaint is based on indisputably meritless legal theories."  (Doc. 6 at 3.)  In addition, the magistrate judge found the "factual allegations also are baseless."  (*Id.*)  The magistrate judge concluded the "complaint is frivolous, lacking an arguable basis in either law or fact."  (*Id.* at 4.)  Therefore, the magistrate judge recommended that the complaint be dismissed as frivolous.  (*Id.*)

Plaintiff filed objections to the Findings and Recommendations, disputing the authority of the magistrate judge to take any action in this case.  (Doc. 7.)  Plaintiff asserts that he "filed a decline of a magistrate jurisdiction in this action."  (*Id.* at 1.)  He argues the district judge only had authority over any matter, and the Court's procedure allowing the magistrate judge to issue findings and recommendations was "an obstruction of justice."  (*Id.* at 3, 4.) Plaintiff contends the

1

district judge has a duty to maintain authority until the matter is completed to ensure that "justice is served." (*Id.* at 4.) Plaintiff does not address the specific findings of the magistrate judge. (*See id.* at 1-4.)

Consent was not required for the magistrate judge to screen the complaint, contrary to Plaintiff's arguments. A magistrate judge has authority "to hear and determine any pretrial matter pending before the court" except motions "for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action." 28 U.S.C. § 636(b)(1). Even with dispositive matters, a magistrate judge may "submit to a judge of the court proposed findings of fact and recommendations" to the district judge. *Id.*, § 636(b)(1)(B). Thus, the magistrate judge did not act beyond the scope of her authority by issuing the pending Findings and Recommendations. *See id.*; *see also Gallegos v. Cal. Dep't of Corr. & Rehab.,* 2023 WL 3168360, at *1 (E.D. Cal. Apr. 28, 2023) ("plaintiff's purported 'declination' to magistrate judge jurisdiction has no impact on the assigned magistrate judge's authority to issue findings and recommendations").

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Plaintiff also does not dispute the finding that his claims are frivolous. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 10, 2026 (Doc. 6) are **ADOPTED**.

2. The complaint is **DISMISSED** without leave to amend.

3. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated:   July 6, 2026

_____
UNITED STATES DISTRICT JUDGE

2